_____ FILED _____ LODGED
_____ RECEIVED

Feb 20, 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:25-mj-05061 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATIONS 18 U.S.C. § 922(g)(1) |
| ERNESTO M. SALDANA AKA ERNESTO SANCHEZ SALDANA, | |
| Defendant. | |

BEFORE, David W. Christel, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about January 6th, 2025, in Clark County, within the Western District of Washington, ERNESTO SANCHEZ SALDANA, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*Conspiracy to Distribute Methamphetamine*, in United States District Court for the Western District of Washington under case number CR10-05001 RJB on or about October 1, 2010;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock, Model: 19, 9mm caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, James Porter, Vancouver Police Department, Task Force Officer (TFO) for the United States Marshal Service – Pacific Northwest Violent Offender Task Force (PNVOTF), being first duly sworn on oath, depose and say:

## INTRODUCTION

1. The information in this affidavit is provided for the limited purpose of establishing probable cause and is not a complete statement of all the facts related to this case. I have reviewed the facts of the case in this investigation; however, the investigation is still ongoing. Based on this, I am familiar with the facts and circumstances of this investigation.

## AFFIANT BACKGROUND AND EXPERIENCE

2. As a United States Marshal Service - Task Force Officer (TFO), I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 922.

3. I am also a commissioned law enforcement officer with the Vancouver Police Department, Vancouver, Washington, assigned to the PNVOTF. I was hired with Vancouver Police Department in 2016. I completed the 720-hour Basic Law Enforcement Academy (BLEA) where, among other things, I was trained in criminal investigations, interview and interrogation, criminal law, patrol procedures, and the requirements of probable cause and arrest. Prior to my assignment with the PNVOTF, I was assigned to

Complaint - 2
*United States v. Ernesto Saldana*
USAO No. 2025R00207

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

the Crime Reduction Unit, where I specialized in violent criminal apprehension, drug investigations, weapons violations, robbery crimes, felony assault and other facets of detective operations. I joined the PNVOTF of the Vancouver Police Department where I received additional training by senior officers on cases involving high risk apprehensions, electronic surveillance, and other weapons violations. I have served in cases including unlawful delivery of controlled substances, unlawful possession of firearms, trafficking in weapons. I have successfully served numerous search warrants involving these types of offenses.

4.      The facts set forth in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

5.      Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to that ERNESTO SALDNA has committed violations of Title 18, United States Code, Section 922(g)(1).

## SUMMARY OF INVESTIGATION

6.      In January of 2025, I was working as a Task Force Officer with the U.S. Marshals assigned to the Pacific Northwest Violent Offender Task Force. At about 1425 hours, our team contacted the residence of 2202 W 28th St. in the City of Vancouver, Washington for an unrelated wanted person.

7.      Our team contacted about 5 individuals in the enclosed yard of the house, including Ernesto SALDANA. Two of those individuals had felony warrants. I have prior contacts will all subjects in the past via arrests and all are known to possess firearms.

Complaint - 3
*United States v. Ernesto Saldana*
USAO No. 2025R00207

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

During the contact, Ernesto began to reach for his waistband. Due to the proximity in the enclosed yard with several violent subjects, all were detained for officer safety. Officers found a firearm in SALDANA's waste band during a safety frisk. The firearm was not loaded and missing the magazine.

8.    The firearm in SALDANA's waste band was a black Hi-Point Firearms Model C9, 9mm Luger. This firearm's serial number was scratched off.

9.    I knew that SALDANA was a convicted felon for prior firearm violations based on prior contacts. SALDANA's cross body bag was searched incident to arrest 13.4 grams of methamphetamine and SALDDANA's driver's license were recovered.

10.    Post Miranda Warnings, SALDANA stated he would speak with me. SALDANA stated he had stolen the firearm on this same day from a friend named "Jessica".

11.    SALDANA was booked into the Clark County Jail for Unlawful Possession of a Firearm in the First Degree. SALDANA bailed out on January 9, 2025.

12.    On 01/03/2025, ATF Task Force Officer (TFO) Shane Hall, an interstate nexus expert, took custody of the firearm described above. TFO Hall's preliminary review indicated that it was a firearm as defined in Title 18 U.S.C. § 921(a)(3). TFO Hall also concluded that if these firearms were received and/or possessed in the State of Washington, they traveled in and affected interstate or foreign commerce as defined in Title 18 U.S.C. § 921 (a)(2).

13.    SALDANA has prior felony convictions including a conviction out of the United States District Court for the Western District of Washington for conspiracy to distribute methamphetamine in case number CR10-05001 RJB. In that case he received a sentence of 70 months in custody. He also has multiple convictions with the State of Washington for unlawful possession of a firearm in the second degree, including a conviction in 2020 in Clark County Superior Court.

Complaint - 4
*United States v. Ernesto Saldana*
USAO No. 2025R00207

14.     On January 29, 2025, I served a High-Risk Search Warrant with the Southwest Washington Regional SWAT Team at 902 N Parkway Dr. Battle Ground, Washington for an Unlawful Possession of a Firearm and Possession of a Controlled Substance – Intent to Deliver Case. While Detectives were watching the residence prior to the search warrant service Saldana was observed at the residence but had left prior to the service. During this search warrant, three firearms were recovered along with controlled substances. This is information to show that SALDANA was present at a convicted felons residence where guns were in plain view.

## CONCLUSION

15.     Based on the above facts, I respectfully submit that there is probable cause to believe that ERNESTO SALDANA did knowingly and intentionally possess firearms in violation of Title 18, United States Code, Section 922(g)(1).

10.     I am submitting this Complaint by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

*JamesPorter*

_____
JAMES PORTER, AFFIANT
Task Force Officer, USMS

The above-named agent provided a sworn statement attesting to the truth of the contents of the forgoing affidavit on the 20th day of February 2025. The Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

_____
The Honorable David W. Christel
United States Magistrate Judge

Complaint - 5
*United States v. Ernesto Saldana*
USAO No. 2025R00207

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800